```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| PROVIA W. DIGGS, | |
| Plaintiff, | Civil No. 12-CV-07253 (RMB) |
| v. | **ORDER** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

THIS MATTER having come before the Court upon Plaintiff's appeal of the Acting Commissioner of Social Security's final decision denying Plaintiff Provia W. Diggs' application for Disability Insurance Benefits; and

THIS COURT HAVING considered the record and the submissions of the parties; and

FOR THE REASONS expressed in the Opinion filed herewith,

IT IS on this **20th** day of **February 2014** hereby

**ORDERED** that the decision of the administrative law judge ("ALJ") is AFFIRMED; and it is further

**ORDERED** that the Clerk shall close the file.

```
                         s/Renée Marie Bumb
                         RENÉE MARIE BUMB
                         United States District Judge
```